IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                      PLAINTIFF

V.                                        NO: 3:15CV00287 BRW

JOEY MARTIN *et al*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of October, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE